IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LIMU COMPANY, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| QUALITY CRAFT SPIRITS LTD | : | NO. 17-930 |

## ORDER

**AND NOW**, this 13th day of March, 2018, upon consideration of Defendant's Motion to Dismiss (Docket No. 8) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.